UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :    INDICTMENT

        -v.-                   :

WILLIAM RUIZ,                   :    07 Cr.

          Defendant.            :

- - - - - - - - - - - - - - - - - - x

**07 CRIM 917**

JUDGE PRESKA

COUNT ONE

The Grand Jury charges:

In or about 2006, in the Southern District of New York and elsewhere, WILLIAM RUIZ, the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been deported from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about August 12, 2003, in New York State Supreme Court, New York County, for Attempted Robbery in the Second Degree, a violation of New York State Penal Law Sections 110 and 160.10, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)


_____      _____
FOREPERSON                            MICHAEL J. GARCIA
                                      United States Attorney



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 28 2007

```
Form No. USA-33s-274 (Ed. 9-25-58)
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

WILLIAM RUIZ,

Defendant.

INDICTMENT

07 Cr.

(8 U.S.C. § 1326(a) & (b)(2).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Dennise Suarez-Peña*
Foreperson.

*Dennise Suarez-Peña*

Filed indictment. Case assigned to Judge Preska
SRM 9/28/07                        Francis, J.