UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

        -v.-                       :

WILLIAM RUIZ,                         :   07 Cr. 917 (LAP)

              Defendant.     :

- - - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss:

      MARK LANPHER, being duly sworn, deposes and says that he is an Assistant United States Attorney in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York; that he is in charge of the above-entitled matter; that one WILLIAM RUIZ (NYSID# NY2357551R), now detained at the Bare Hill Correctional Facility, Malone, New York, has been charged in an indictment with illegally reentering the United States in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

      By this application, the Government seeks a writ of <u>habeas corpus ad prosequendum</u>, so that WILLIAM RUIZ, the defendant, can be brought before this Court to be available for prosecution in the matter captioned <u>United States v. William Ruiz</u>, 07 Cr. 917 (LAP). No previous application for similar relief has been made.

      WHEREFORE, your deponent respectfully prays that a writ of <u>habeas corpus ad prosequendum</u> issue, directing the Warden of

the Bare Hill Facility, Malone, New York, the United States Marshal for the Southern District of New York, or any other authorized law enforcement officers, to produce the above-named defendant to the custody of the Warden of the Metropolitan Correctional Center or the person in charge there, to be available for prosecution, as soon as the defendant is available, and to appear as necessary thereafter in that case until WILLIAM RUIZ shall have been discharged or convicted and sentenced.

      I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT, PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 1746.

/s/ Mark Lanpher
MARK LANPHER
Assistant United States Attorney
Tel.: (212) 637-2399

Dated:   October 2, 2007
         New York, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

WILLIAM RUIZ,

Defendant.

**AFFIRMATION IN SUPPORT OF**
**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

07 Cr. 917 (LAP)

(Title 8, United States Code,
Section 1326(a), (b)(2).)

Michael J. Garcia
United States Attorney.