

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

RECEIVED
NOV 27 2007
LORETTA A. PRESKA
U. S. DISTRICT JUDGE
S. D. N. Y.

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 26, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/07

**BY HAND DELIVERY**

The Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    United States v. William Ruiz,
            07 cr 917 (LAP)

Dear Judge Preska:

       The Government has been informed by Your Honor's deputy that the status conference scheduled for November 27, 2007, at 4:00 p.m., has been adjourned by consent until December 13, 2007, at 2:00 p.m. The Government respectfully requests that the Court exclude time from November 27, 2007, until December 13, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the parties to continue discussions regarding a possible disposition of this case. Defense counsel consents to this request for the exclusion of time.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

November 28, 2007

                        Respectfully submitted,

                        MICHAEL J. GARCIA
                        United States Attorney

By:    *Mark Lanpher*
       Mark Lanpher
       Assistant United States Attorney
       (212) 637-2399

cc:    John J. Byrnes, Esq.