# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

January 15, 2008

VIA FACSIMILE
(212) 805-7941
Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08

Re: **United States v. William Ruiz**
    07 Cr. 917 (LAP)

The Hon. Judge Preska:

As counsel of record for William Ruiz I am writing to request an adjournment of the status conference scheduled for January 17, 2008. The government, through Assistant United States Attorney Mark Lanpher, consents to this request for an adjournment.

I make this request for an adjournment, as the parties need additional time to work out a disposition, and I have not been able to do that as I have been on trial since January 7, 2008, and expect to be on trial for another week. All parties request an adjournment to a date after February 15, 2008.

① *The January 17 conference is adjourned to February 20, 2008 at 11:00 a.m.*

To that end, we request that the time between today and the next court date be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(8)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the defense to review discovery and determine what motions, if any, are necessary. Thank you.

② 

*So ordered*
*Loretta A. Preska*
*USDJ*
*January 16, 2008*

Sincerely,

Sabrina P. Shroff (jm)
Assistant Federal Defender
(212) 417-8713

CC: Assistant United States Attorney Mark Lanpher (via email)

TOTAL P.02