# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 2/21/08*

February 20, 2008

VIA FACSIMILE
(212) 805-7941
Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. William Ruiz**
    **07 Cr. 917 (LAP)**

The Hon. Judge Preska:

As counsel of record for William Ruiz I am writing to request that time between today and the next court date be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(8)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the defense and the government to work out a disposition in this matter. Thank you.

*Accordingly time is excluded until Feb 28, 2008*

Sincerely,

Sabrina P. Shroff
Assistant Federal Defender
(212) 417-8713

SO ORDERED
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*February 20, 2008*

CC: Assistant United States Attorney Mark Lanpher (via email)

TOTAL P.002