# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08

June 2, 2008

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED
JUN 03 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y

Re: United States v. Ruiz
    07 Cr. 917 (LAP)

Hon. Judge Preska:

I write to request a two-week adjournment of William Ruiz' sentence date of June 11, 2008.

Unfortunately, Mr. Ruiz has been in medical isolation and is scheduled to be released from isolation today. We need an additional two weeks to address the sentencing issues that arise from that violation. AUSA Lanpher consents to this request.

Respectfully submitted,

Sabrina P. Shroff

CC: AUSA Lanpher

*Sentencing is adjourned to June 24 at 10:00am*

SO ORDERED

Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

June 3, 2008